UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON EVERETT ROSS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00876-JPH-MPB |
| ROBERT CARTER, JR., et al. | ) |
| Defendants. | ) |

**ORDER DIRECTING FURTHER PROCEEDINGS**

On March 18, 2020, the Court received a letter from Jason Everett Ross addressed to the clerk. Dkt. 1. Mr. Ross's correspondence indicates his desire to bring a civil action identical to a prior case filed by other plaintiffs in this Court. The letter also indicates that Mr. Ross is being illegally jailed. In the absence of a better alternative, the letter was processed as a civil complaint. However, the letter does not constitute a complaint and does not comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure. It is therefore **dismissed**.

The plaintiff is notified that a civil rights action is the appropriate vehicle to seek monetary damages, but a writ of habeas corpus is the exclusive remedy to challenge the fact or duration of confinement. *Nelson v. Campbell*, 541 U.S. 637, 646 (2004) ("[D]amages are not an available habeas remedy."); *Wolff v. McDonnell*, 418 U.S. 539, 554 (1974) ("[H]abeas corpus is not an appropriate or available remedy for damages claims.").

The plaintiff shall have **through April 24, 2020,** in which to show cause why Judgment consistent with this Order should not issue **or** to file an amended complaint alleging constitutional claims pursuant to 42 U.S.C. § 1983. *See Luevano v. Wal-Mart Stores, Inc.,* 722 F.3d 1014, 1022 (7th Cir. 2013) ("Without at least an opportunity to amend or to respond to an order to show cause,

1

an IFP applicant's case could be tossed out of court without giving the applicant any timely notice or opportunity to be heard to clarify, contest, or simply request leave to amend.").

The **clerk is directed** to include a copy of the prisoner civil rights complaint form along with the plaintiff's copy of this Order. If the plaintiff chooses to file a civil complaint, he shall include the words "Amended Complaint" on the first page, along with the proper case number, 1:20-cv-00876-JPH-MPB.

Because an amended complaint completely replaces the original complaint, it must be a complete statement of the plaintiff's claims, including the factual basis of those claims and the relief sought by the plaintiff. *See Beal v. Beller*, 847 F.3d 897, 901 (7th Cir. 2017) ("For pleading purposes, once an amended complaint is filed, the original complaint drops out of the picture.").

If the plaintiff files an amended complaint, it will be screened pursuant to 28 U.S.C. § 1915A(b). If no amended complaint or other response to this Order is filed, this action will be dismissed without prejudice for lack of jurisdiction without further notice.

**SO ORDERED.**

Date: 3/23/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASON EVERETT ROSS
160721
HAMILTON COUNTY JAIL
18102 Cumberland Rd.
Noblesville, IN 46060

2